## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

CINCINNATI INSURANCE
COMPANY AND WEST BEND
MUTUAL INSURNACE COMPANY,
as subrogees of John Helleny,

      Plaintiffs,

v.

TTI CONSUMER POWER TOOLS,
INC. d/b/a TECHTRONIC
INDUSTRIES POWER EQUIPMENT
f/k/a ONE WORLD
TECHNOLOGIES, INC.,

      Defendant.

Case No. 20-CV-01328-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal dated February 9, 2024 (Doc. 70), this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED: February 13, 2024**

                  MONICA A. STUMP,
                  Clerk of Court


                  By: *s/ Jackie Muckensturm*
                      Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
           STEPHEN P. MCGLYNN
           U.S. District Judge